UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:

DOCKET NUMBER: 3:10-cv-364

STATE FARM FIRE AND CASUALTY
COMPANY, INTERPLEADER
PERTAINING TO JAMES C. KNIGHT
and POLICY 18-B5-5944-9

**COMPLAINT FOR INTERPLEADER**

This is an action of interpleader brought pursuant to the provision of Rule 22 of Federal Rules of Civil Procedure, 28 U.S.C. § 1335, 28 U.S.C. § 1397, 28 U.S.C. § 2361, and other provisions of federal law.

1.

Plaintiff, the State Farm Fire and Casualty Company, is a corporation organized and existing and by virtue of the laws of the State of Illinois, and having it principal place of business in the State of Illinois.

2.

Defendant Wells Fargo Bank, National Association, is a corporation organized and existing under and by virtue of the laws of the State of South Dakota or California, with its domicile and principal business office at 101 North Phillips Avenue, Sioux Falls, South Dakota 57104 but with its registered agent for service in the state of Louisiana as Corporation Service Company, 320 Somerulos Street, Baton Rouge, Louisiana 70802.

3.

Defendant Notoco Industries, LLC is a corporation organized and existing under and by laws of the State of Louisiana, with its mailing address as 10380 Airline Highway, Baton Rouge, Louisiana 70816, and its registered agent for service of process as Charles J. Noto, Sr., 10380

Airline Highway, Baton Rouge, Louisiana 70816.

4.

Named for purposes of notice only, but not named as a party, are James C. Knight and Amber Davis Knight, persons of the full age of majority, believed to be living in the state of Louisiana, and residing at 6810 Jefferson Highway, Apartment 6104, Baton Rouge, Louisiana.

5.

There exists the appropriate diversity of citizenship, and the amount in controversy exceeds $75,000, as more fully appears below. This court has jurisdiction of this cause and venue is proper in this district.

6.

At some time prior to July 12, 2009, the State Farm Fire and Casualty Company issued a policy of insurance to James C. Knight, policy number 18-B5-5944-9 which provided certain coverages for the premises at 15703 Elderwood Avenue, Baton Rouge, Louisiana. That policy provides coverage against certain perils. A true and correct copy of the policy is attached as Exhibit A and is incorporated by reference. The policy contains certain limitations and exclusions. The policy provides coverage for damage to the dwelling and dwelling extension.

7.

The policy of insurance lists as a mortgagee, Wells Fargo Bank, N.A. It lists as a second mortgagee, Notoco Industries, LLC.

8.

On or about July 12, 2009, there was a fire and resulting damage to the property at 15703 Elderwood Avenue, Baton Rouge, Louisiana.

9.

The State Farm Fire and Casualty Company has denied the claims of James Knight and Amber Knight resulting from the fire, and continue to deny those claims for reasons set forth in communications to the Knights.

10.

As a result of the denial of the claim of James Knight and Amber Knight, notice was forwarded to Wells Fargo Bank N.A. and Notoco Industries, LLC. While Wells Fargo Bank, N.A. is listed as the first Mortgagee under the policy, certain challenges have been made to their right of recovery. Further, certain challenges have been made to the right of recovery of Notoco Industries, LLC.

11.

Because the State Farm Fire and Casualty Company has denied the claim of the Knights, it stands willing to pay, pursuant to the "mortgage clause" of the policy of insurance, those entities who are entitled to proceeds under the policy pursuant to the mortgage clause, assuming certain conditions are met.

12.

No actions have been filed against the State Farm Fire and Casualty Company by Wells Fargo Bank, N.A. or Notoco Industries, LLC.

13.

The specific named defendants in this matter thus have or may have claims against certain policy proceeds, which will subject the State Farm Fire and Casualty Company to multiple and possibly conflicting claims and to a multiplicity of suits.

14.

The State Farm Fire and Casualty Company has determined that the amount that is payable for the "dwelling" and "dwelling extension" coverages is $101,273.67. This is based upon an estimate and ACV calculation.

15.

As a result of the multiple and conflicting claims, the State Farm Fire and Casualty Company is in doubt and cannot safely determine as between Wells Fargo Bank, N.A., and Notoco Industries, LLC, without great hazard to itself, and the State Farm Fire and Casualty Company does not know to which of the defendants, Wells Fargo Bank, N.A. or Notoco Industries, LLC, if any, it may safely pay claims under the above referenced policy due to the conflicting nature of the claims.

16.

The State Farm Fire and Casualty Company brings this action and names in name only James Knight and Amber Knight. State Farm Fire and Casualty Company does not by these proceedings in any way bring this action so as to allow James Knight or Amber Knight to have the benefit of the proceeds that are the subject matter of this interpleader, but notice them solely so they might assert any position they might have as to the rights of Wells Fargo Bank, N.A., and/or Notoco Industries, LLC. In the event that it is ultimately determined that Wells Fargo Bank, N.A. and Notoco Industries, LLC do not have a right to any or all of the proceeds that are the subject matter of this interpleader, this is not provided for the benefit in that event of James Knight and/or Amber Knight, but rather said proceeds in that event will be returnable to the State Farm Fire and Casualty Company.

17.

In the event that the proceeds that are the subject matter of this interpleader are deemed due and owing to Wells Fargo Bank, N.A. and/or Notoco Industries, LLC, in whole in part, such payments would further be conditioned upon receipt by the State Farm Fire and Casualty Company of a contractual subrogation agreement, as well as a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

18.

The State Farm Fire and Casualty Company does not at this point request that the court issue a stay order pursuant to 28 U.S.C. § 2361, but reserves the right to request such at a later date. Specifically, the State Farm Fire and Casualty Company shows that it has pending before it a claim/suit by James Knight and Amber Knight in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana. The State Farm Fire and Casualty Company would anticipate that in the event of a determination that amounts are due to Wells Fargo Bank, N.A. and/or Notoco Industries, LLC that such would serve to act as a credit/offset for any amounts that may be claimed by James Knight and Amber Knight in their state court proceeding.

19.

The State Farm Fire and Casualty Company pays into the registry of this court the sum of $101,273.67 for the reasons set forth above.

**WHEREFORE THE STATE FARM FIRE AND CASUALTY COMPANY REQUESTS** judgment as follows:

    I.    That summons be issued to the named defendants in this action.

    II.    That Wells Fargo Bank, N.A. and Notoco Industries, LLC be ordered and commanded to interplead and assert rights that they have, if any, to the sum deposited of $101,273.67, under the contract of insurance, subject to any oppositions that may be asserted by James Knight and Amber Knight.

III. That upon final hearing and a determination of who is entitled to the proceeds deposited, that the amounts be paid, subject to providing a contractual subrogation agreement, and a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt, and in which event Wells Fargo Bank, N.A. and Notoco Industries, Inc. would be perpetually enjoined and restrained from instituting or prosecuting further any proceeding in this or any other court of law or in equity against the plaintiff, State Farm Fire and Casualty Company on account of the above stated insurance policy, and in which James Knight and Amber Knight would be perpetually enjoined and restrained from instituting or further prosecuting any further proceeding for damages for the dwelling or dwelling extension under the above described policy of insurance.

IV. That the State Farm Fire and Casualty Company be fully and finally discharged from all further liability by reason of payment of the proceeds herein.

V. That the State Farm Fire and Casualty Company be awarded reasonable and proper attorneys fees and court costs in connection with the filing of this complaint.

VI. That the Court grant such further relief as may be in its discretion proper.

Respectfully submitted,

BY ATTORNEYS:

GUGLIELMO, MARKS, SCHUTTE
TERHOEVE & LOVE
320 Somerulos Street (70802)
Post Office Box 3177
Baton Rouge, Louisiana 70821-3177
Telephone: 225-387-6966
Facsimile: (225) 387-8338
E-mail: hterhoeve@gmstl.com

By: __s/Henry G. Terhoeve__
    Henry G. Terhoeve    #14464
*Attorney for State Farm Fire and Casualty Company*